Stephen A. Weisbrod
William E. Copley (*pro hac vice* application pending)
WEISBROD MATTEIS & COPLEY PLLC
1900 M Street, N.W., Suite 850
Washington, D.C. 20036
tel.  (202) 499-7909
fax. (202) 478-1795

Stephen Z. Starr
Vildan E. Starr
STARR & STARR, PLLC
260 Madison Ave., 17th Floor
New York, New York 10016
tel.  (212) 867-8165
fax. (212) 867-8139

*Attorneys for Attorneys for Plaintiffs-Judgment Creditors*
*Tire Engineering & Distribution, LLC, Jordan*
*Fishman, Bearcat Tire A.R.L., and BCATCO A.R.L.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | |
|---|---|
| TIRE ENGINEERING AND DISTRIBUTION, LLC; JORDAN FISHMAN; BEARCAT TIRE A.R.L.; and BCATCO A.R.L., : : : : | |
| Plaintiffs, : | Case No.: 12 CV 9208 |
| v. : : | |
| BANK OF CHINA LIMITED, : : | |
| Defendant. : | |

-------------------------------------------------------------x

**DECLARATION OF SERVICE UPON BANK OF CHINA LIMITED**

I, Louis Wong, declare as follows:

      1.    I am over 18 years of age.  My business address is Starr & Starr, PLLC, 260 Madison Ave., Fl. 17, New York, NY 10016.

-2-

2. This declaration is based upon my personal knowledge.

3. On December 19, 2012, I caused to be served on Bank of China Limited true copies of:

(i) the Order to Show Cause for Preliminary Injunction & Temporary Restraining Order; (ii) the Summons in a Civil Action; (iii) the Complaint; (iv) the Declaration of William E. Copley in Support of Plaintiffs-Judgment Creditors' Motions for Ex Parte Temporary Restraining Order, Preliminary Injunction, and Turnover Order Pursuant to N.Y.C.P.L.R. § 5225(b); (v) Ex Parte Motion for Temporary Restraining Order & Preliminary Injunction; (vi) Motion for Turnover for Temporary Restraining Order & Preliminary Injunction Pursuant to N.Y. C.P.L.R. § 5225(b); (vii) Consolidated Memorandum in Support of Plaintiffs' Motions for Ex Parte Temporary Restraining Order, Preliminary Injunction, and Turnover Order Pursuant to N.Y. C.P.L.R. § 5225; (viii) Individual Practices of Judge Andrew L. Carter, Jr.; (ix) Electronic Case Filings Rules & Instructions; and (x) Information Subpoena & Restraining Notice (collectively the "Service Papers"), by serving personally upon Bank of China Limited at the following address: 410 Madison Avenue, New York, NY 10017, at 11:50 a.m. by delivering a copy of the Service Papers to its managing or general agent, named Lu Xu, who identified herself to me as the representative of the Bank of China Limited's legal department.

-3-

Declarant describes the person to whom the Service Documents were delivered as follows:

| Sex | Height | Weight | Age | Skin Color | Hair Color |
|---|---|---|---|---|---|
| ☐ Male | ☐ Under 5' | ☒ Under 100 Lbs. | ☐ 18-20 Yrs. | Describe color: Fair | ☒ Black |
| ☒ Female | ☒ 5'0"-5'3" | ☐ 100-130 Lbs. | ☒ 21-35 Yrs. | | ☐ Brown |
| | ☐ 5'4"-5'8" | ☐ 131-160 Lbs. | ☐ 36-50 Yrs. | | ☐ Blond |
| | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. | ☐ 51-65 Yrs. | | ☐ Gray |
| | ☐ Over 6' | ☐ Over 200 Lbs. | ☐ Over 65 Yrs. | | ☐ Red |
| | | | | | ☐ White |
| | | | | | ☐ Balding |
| | | | | | ☐ Bald |

Other identifying features, if any: Ms. Lu Xu is a petite female of slender build and Asian appearance with brown eyes.

[SPACE BELOW INTENTIONALLY LEFT BLANK]

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

Signed at New York, New York on December 19, 2012.

By: _____
Name Printed: Louis Wong