Stephen A. Weisbrod
William E. Copley (*pro hac vice* application pending)
WEISBROD MATTEIS & COPLEY PLLC
1900 M Street, N.W., Suite 850
Washington, D.C.  20036
tel.   (202) 499-7909
fax.  (202) 478-1795

Stephen Z. Starr
Vildan E. Starr
STARR & STARR, PLLC
260 Madison Ave., 17th Floor
New York, New York 10016
tel.   (212) 867-8165
fax.  (212) 867-8139

*Attorneys for Attorneys for Plaintiffs-Judgment Creditors Tire Engineering & Distribution, LLC, and Jordan Fishman, Bearcat Tire A.R.L.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| TIRE ENGINEERING AND DISTRIBUTION, LLC; JORDAN FISHMAN; and BEARCAT TIRE A.R.L., | : : : : | |
| Plaintiffs, | : : | Case No.:  12 CV 9208 (ALC) |
| v. | : : | |
| BANK OF CHINA LIMITED, | : : | |
| Defendant. | : | |

-------------------------------------------------------------x

### DECLARATION OF SERVICE UPON BANK OF CHINA LIMITED

I, LOUIS P. WONG, declare as follows:

      I am not a party to the action, am over 18 years of age and have a business address at 260 Madison Ave., 17th Fl., New York, NY 10016.

      On December 27, 2012, I caused true copies of the First Amended Complaint to be served upon

-2-

the counsel of record for defendant Bank of China Limited, Allen Overy, via e-mail to Pamela Chepiga, Esq. at Pamela.Chepiga@AllenOvery.com.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at New York, New York on the 27th day of December 2012.

By: /s/ Louis P. Wong
    Louis P. Wong
STARR & STARR, PLLC
260 Madison Avenue, 17th Fl.
New York, NY 10016
Tel: (212) 867-8165
Fax: (212) 867-8139
