UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Tire Engineering and Distribution, L.L.C. et al.,

                                                    **ORDER**

                                                    **12-CV-9208 (ALC)(JCF)**

                        Plaintiffs.

             -against-


**Bank of China Limited,**


                        Defendants.
-------------------------------------------------------------X
**ANDREW L. CARTER, JR., United States District Judge:**

        The status conference scheduled for April 16, 2013 is adjourned without a date.

**Dated: New York, New York**
        **April 15,  2013**

                                    _____
                                    **ANDREW L. CARTER, JR.**
                                    **UNITED STATES DISTRICT JUDGE**